[No. 3729-1.    Division One.    April 5, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVIA ANN VASTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 70220, William C. Goodloe, J., entered March 27, 1975. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, C.J., and Farris, J.

[No. 1506-3.    Division Three.    April 7, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY EDWARD BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 22582, Willard J. Roe, J., entered December 12, 1974. *Dismissed* by unpublished per curiam opinion.

[No. 1627-3.    Division Three.    April 7, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DERWOOD ODEL LILE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 65396, John C. Tuttle, J., entered June 30, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1515-3.    Division Three.    April 9, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. WASSENEH TADDESSE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 18963, Blaine Hopp, Jr., J., entered April 15, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.